UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION



FILED BY _____ D.C.

05 MAY 20 PM 4: 41

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**MARVIN L. RAINER**

v.

**BRUCE WESTBROOKS, et al.**

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2296-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on May 18, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 19, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_(signature)_ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02296 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Marvin L. Rainer
W.T.S.P.
332114
P.O. Box 1150
Henning, TN 38041--115

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT